In the Matter of the Claim of WILLIAM STEWART, Respondent, v. FIRST NATIONAL CITY BANK OF NEW YORK et al., Respondents, and SPECIAL FUND FOR REOPENED CASES, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.—

623

Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.